UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMITH-SIEGEL,

                Plaintiff,              09 Civ. 613 (JGK)

     - against -               <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Katz dated June 23, 2010. No objections have been filed and the time for filing such objections has passed. The Court adopts the thorough and well-reasoned Report and Recommendation. Therefore, the defendant's motion for judgment on the pleadings is **granted**. The Clerk is directed to enter judgment affirming the determination of the Commissioner of Social Security and dismissing the complaint with prejudice.

SO ORDERED.

Dated:    New York, New York
            July 19, 2010

                                       John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-10